# United States District Court for the Northern District of Illinois

Case Number: 08CV2883     Assigned/Issued By: DAJ

Judge Name: KENDALL     Designated Magistrate Judge: BROWN

## FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2787017

Date Payment Rec'd: 05/19/08     Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons     [ ] Alias Summons
[ ] Third Party Summons     [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets     (Victim, Against and $ Amount)
[ ] Writ _____
(Type of Writ)

_1_ Original and _0_ copies on _05/19/08_ as to _DEF._
(Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05