AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et al.

CASE NUMBER: 08 cv 2883

V.

ASSIGNED JUDGE: JUDGE KENDALL

ARAMARK CORPORATION, f/k/a
ARAMARK SERVICES, INC.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Aramark Corporation
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura M. Finnegan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

May 19, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE May 19, 2008 |
| NAME OF SERVER (PRINT) Eli B. Freiburg | TITLE Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

- ■ Served personally upon the defendant. Place where served: _____

- ■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ■ Returned unexecuted: _____

- ■ Other (specify): Left copies with Dawn Schulz, Senior Process Specialist at C T Corporation System, Registered Agent for Aramark, 208 S. LaSalle Street, Chicago, IL 60604, (312) 345-4336

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 19, 2008          *[signature]*
                Date                 Signature of Server

                                     200 W. Adams Street, Suite 2200, Chicago, IL
                                     Address of Server                60606-5231

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.