IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>ARAMARK CORPORATION, f/k/a ARAMARK SERVICES, INC.,  )<br>)<br>)<br>Defendant.  ) | CIVIL ACTION<br><br>NO. 08 C 2883<br><br>JUDGE VIRGINIA M. KENDALL |

**NOTICE TO SECRETARY OF TREASURY OF COMPLAINT
FOR COLLECTION OF DELINQUENT CONTRIBUTIONS**

Plaintiffs, The Hotel Employees and Restaurant Employees International Union Welfare Fund, et al., pursuant to 29 U.S.C. §1132(h), hereby provide Notice that a Complaint has been filed on May 19, 2008 in the above-captioned action, a true copy of the Complaint being attached hereto and served upon you.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Aramark\Chase Manhattan\notice to sec'y of treasury.lmf.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by Certified Mail/Return Receipt Requested (No. 7007 2560 0003 0227 6922) to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of May 2008:

        United States Secretary of Treasury
        Main Treasury
        15th and Pennsylvania Avenue, N.W.
        Room 3330
        Washington, DC   20220


        /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Aramark\Chase Manhattan\notice to sec'y of treasury.lmf.df.wpd