UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

| | |
|---|---|
| Hotel Employees and Restaurant Employees International Union Welfare Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br>Aramark Corporation<br><br>Defendant. | Case No.: 1:08−cv−02883<br>Honorable Virginia M. Kendall |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: The Unopposed Motion for an Extension of Time until 7/9/2008 to Answer or Otherwise Plead [11] is granted. The 6/9/08 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.