UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−02883

Honorable Virginia M. Kendall

Aramark Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Defendant's motion to stay proceedings pending disposition of the motion to consolidate[18] is granted. Defendant's motion to reassign case[16] is taken under advisement. Response is to be filed by 7/25/2008. Reply is due by 8/1/2008. Court will rule by mail. Defendant is given to 7/18/2008 to file its answer to the complaint.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.