IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, <br><br> H. W. WARD, as fiduciary of THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, <br><br> THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, <br><br> RICHARD N. RUST, as fiduciary of THE UNITE HERE NATIONAL RETIREMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> ARAMARK CORPORATION, f/k/a ARAMARK SERVICES, INC., <br><br> Defendant. | CASE NO. 01:08 CV 2883 <br><br> JUDGE KENDALL <br><br> MAGISTRATE JUDGE BROWN |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Ill. Local Rule 3.2, Defendant, ARAMARK CORPORATION, ("ARAMARK"), by its attorneys, states as follows:

1.  ARAMARK Intermediate Holdco Corporation owns one hundred percent (100%) of ARAMARK Corporation.

DB1/61991005.1

2. ARAMARK Holdings Corporation owns one hundred percent (100%) of ARAMARK Intermediate Holdco Corporation.

3. The following entities own an equity interest of ten percent (10%) or more in ARAMARK Holdings Corporation:

    (a)    investment funds associated with GS Capital Partners;

    (b)    investment funds associated with J.P. Morgan Partners;

    (c)    investment funds associated with CCMP Capital Investors;

    (d)    investment funds associated with Thomas H. Lee Partners; and

    (e)    investment funds associated with Warburg Pincus LLC

Dated: July 18, 2008

Respectfully submitted,

ARAMARK CORPORATION

By: /s/ Stephanie L. Sweitzer
One of Its Attorneys

Thomas F. Hurka
Stephanie L. Sweitzer
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel.:  312.324.1000
Fax:   312.324.1001
thurka@morganlewis.com
ssweitzer@morganlewis.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Defendant's Corporate Disclosure Statement was served via the Court's CM/ECF (Electronic Case Filing) System on:

> Laura M. Finnegan
> Attorney for the Plaintiffs
> BAUM SIGMAN AUERBACH &
>   NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL  60606-5231
> lmfinnegan@baumsigman.com

on July 18, 2008.

/s/  Stephanie L. Sweitzer

DB1/61991005.1