**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

                                                Plaintiff,

v.                                                      Case No.:
                                                      1:08−cv−02883
                                                      Honorable Virginia
                                                      M. Kendall

Aramark Corporation

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The minute entry of 7/24/2008 [doc# 23] is corrected as follows: All pleadings are to be filed in 08 C 2883. The order shall stand in all other respects.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.