UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−02883
Honorable Virginia M. Kendall

Aramark Corporation

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 1/7/2009 at 09:00 AM.. All discovery shall be completed by 12/31/2008. Dispositive motions with supporting memoranda due by 1/30/2009. Responses are to be filed by 2/27/2009. Replies due by 3/13/2009. Court will rule by mail. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.